1  Christopher F. Klink, Nevada Bar # 6022
   2576 Sundew Ave.
2  Henderson, NV 89052
   Telephone: (702) 217-8998
3  Facsimile: (702) 260-9247
   Email: csklink@cox.net
4
   Jesse S. Brar, Utah Bar # 9469
5  *Pro Hac Vice*
   Law Office of Jesse Brar, P.C.
6  670 East 3900 South, Suite 101
   Salt Lake City, UT 84107
7  Telephone: (801) 269-9541
   Facsimile: (801) 269-9581
8  Email: jesse.brar@gmail.com

9
   *Attorney for Plaintiffs*
10

11                **UNITED STATES DISTRICT COURT**

12                     **DISTRICT OF NEVADA**

13
   Thomas Thatcher Schemkes, Brian McKenna, )   Case No.: 2:09-CV-1100-GMN-PAL
14 James Hammond, and Gregory Greene        )
   Individually And On Behalf Of Others     )
15 Similarly Situated,                       )
                                            )   **STIPULATION AND ORDER**
16                          Plaintiffs,      )
                                            )
17           vs.                            )
                                            )
18 Presidential Limousine, a Nevada Company; )
   CLS Nevada, LLC; a Delaware Corporation, )
19 doing business as CLS Transportation, Las )
   Vegas; and Jacob Transportation Services, )
20 LLC, a Nevada Company, doing business as  )
   Executive Las Vegas,                     )
21                          Defendants.

22                       **STIPULATION**

23       IT IS STIPULATED AND AGREED between the parties, by the through their respective

24 counsel, that the deadline for dispositive motions, currently January 19, 2011, be continued to

25 April 18, 2011.  The reasons for this request are as follows:

1

2     1.     Numerous motions remain pending before the Court, some of which were filed six or

3           more months ago.

4     2.     CLS fairly recently provided voluminous documents to Plaintiffs from which data

5           needs to be extracted manually.

6     3.     Certain discovery issues between Jacob Transportation and Plaintiff may be affected

7           by the outcome of the motions currently pending before the Court.

8     4.     There is a Motion to Dismiss pending before the Court which would render further

9           motions moot.

10

11 DATED: January *19*, 2011.

12

13

14 MARIO LOVATO

*Attorney for Jacob Transportation Services, LLC*

15 Nevada Bar No. 7427

Lovato Law Firm, P.C.

16 619 S. Sixth Street

Las Vegas, NV 89101

17 Telephone: (702) 979-9047

Fax: (702) 554-3858

18 mpl@lovatolaw.com

19

20 DATED: January 19th, 2011.

21 /s/Norman Kirsham

NORMAN KIRSHMAN

22 *Attorney for CLS Nevada, LLC*

Nevada Bar No. 2733

23 3800 Howard Hughes Parkway, Suite 500

Las Vegas, NV 89169

24 Telephone: (702)699-5917

Fax: (702)369-5497

25

1

2   DATED: January 19th, 2011.

3

4   /s/Mark Trafton
    MARK E. TRAFTON
5   *Attorney for Presidential Limousine*
    Nevada State Bar Number 6525
6   1900 Industrial Road
    Las Vegas, NV 89102
7   Telephone: (702)385-1813
    Fax: (702)382-9633
8

9

10  DATED: January 19th, 2011.

11
    /s/Sharon Preston
12
    SHARON PRESTON, Pro Hac Vice
13  *Attorney for Plaintiffs*
    Utah Bar No. 7960
14  670 East 3900 South, Suite 101
    Salt Lake City, UT 84107
15  Telephone: (801)269-9541
    Fax: (801)269-9581
16  Sharon.preston@yahoo.com

17

18                      **ORDER**

19
            IT IS SO ORDERED this 19th day of January, 2011.
20

21

22  _____
    Gloria M. Navarro
23  United States District Judge

24

25