UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Thatcher Schemkes, Brian McKenna, James Hammond, and Gregory Greene, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Presidential Limousine, a Nevada Company; CLS Nevada, LLC; a Delaware Corporation, doing business as CLS Transportation Las Vegas; and Jacob Transportation Services, LLC, a Nevada Company, doing business as Executive Las Vegas,<br><br>Defendants.<br><br>AND RELATED COUNTER PARTIES. | Case No.: 2:09-cv-1100-GMN-PAL<br><br>**ORDER** |

Before the Court is Defendant/Counterclaimant Jacob Transportation Services, LLC's Motion to Sever Action pursuant to Rule 21 (ECF No. 129). Plaintiffs filed a Response, stating that they do not oppose the Motion to Sever (ECF No. 132).

The District Court has within its discretion to "sever any claim against a party." Fed. R. Civ. P. 21. The three Defendants in this action are separate entities and have no connections with each other. Only two of the four named plaintiffs have worked for Defendant/Counterclaimant Jacob Transportation. For these reasons, the Court finds that it is appropriate to sever the action against Defendant/Counterclaimant Jacob Transportation.

The District Court also has within its discretion to consolidate actions before the court that involve a common question of law or fact. Fed. R. Civ. P. 42. Another case before the Nevada District Court, case number 2:09-cv-00466-GMN-RJJ, involves the same

parties and common questions of law or fact against Defendant Executive Coach and Carriage. In order to manage its docket and to avoid any further delay in the proceedings of the two actions, the Court sees fit to consolidate these two actions.

IT IS HEREBY ORDERED that Defendant/Counterclaimant Jacob Transportation Services, LLC's Motion to Sever Action (ECF No. 129) is **GRANTED**.

IT IS FURTHER ORDERED that the newly severed case shall be consolidated with 2:09-cv-00466-GMN-RJJ, and that case number 2:09-cv-00466-GMN-RJJ shall serve as the base case.

DATED this 4th day of March, 2011.

_____
Gloria M. Navarro
United States District Judge