Christopher F. Klink, Nevada Bar # 6022
2576 Sundew Ave.
Henderson, NV  89052
Telephone: (702) 217-8998
Facsimile:  (702) 260-9247
Email:  csklink@cox.net

Jesse S. Brar, Utah Bar # 9469
*Pro Hac Vice*
Law Office of Jesse Brar, P.C.
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Telephone: (801) 269-9541
Facsimile:  (801) 269-9581
Email: jesse.brar@gmail.com

Sharon L. Preston, Utah Bar #7960
*Pro Hac Vice*
Sharon Preston, P.C.
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Telephone: (801) 269-9541
Facsimile:  (801) 269-9581
Email: sharon.preston@yahoo.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Thatcher Schemkes, Brian McKenna, and James Hammond, Individually And On Behalf Of Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Presidential Limousine, a Nevada Company; and CLS Nevada, LLC; a Delaware Corporation, doing business as CLS Transportation, Las Vegas, <br><br> Defendants. | Case No.: **2:09-CV-1100-GMN-PAL** <br><br> **ORDER TO VACATE SHOW CAUSE HEARING** <br><br><br> Judge: Hon. Gloria M. Navarro <br> Magistrate: Hon. Peggy A. Leen |

1
2
3      Based on Stipulated Motion of parties, good cause appearing, IT IS HEREBY
4  ORDERED that the Show Cause Hearing in this matter is **vacated.**
5      **DATED** this 13th day of April, 2011.
6
7                                     _____
                                       Gloria M. Navarro
8                                      United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25