Christopher F. Klink, Nevada Bar # 6022
2576 Sundew Ave.
Henderson, NV  89052
Telephone: (702) 217-8998
Facsimile:  (702) 260-9247
Email:  csklink@cox.net

Jesse S. Brar, Utah Bar # 9469
*Pro Hac Vice*
Law Office of Jesse Brar, P.C.
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Telephone: (801) 269-9541
Facsimile:  (801) 269-9581
Email: jesse.brar@gmail.com

Sharon L. Preston, Utah Bar #7960
*Pro Hac Vice*
Sharon Preston, P.C.
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Telephone: (801) 269-9541
Facsimile:  (801) 269-9581
Email: sharon.preston@yahoo.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Thatcher Schemkes, Brian McKenna, and James Hammond, Individually And On Behalf Of Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Presidential Limousine, a Nevada Company; and CLS Nevada, LLC; a Delaware Corporation, doing business as CLS Transportation, Las Vegas,<br><br>Defendants. | Case No.: **2:09-CV-1100-GMN-PAL**<br><br>[ORDER REGARDING<br>NOTICE SCHEDULE<br><br><br><br><br><br>Judge: Hon. Gloria M. Navarro<br>Magistrate: Hon. Peggy A. Leen |

The following schedule is provided pursuant to the Court's Order (Docket No. 159), and that the following dates and deadlines are to apply to this action:

1. No later than April 8, 2011, Defendants are to provide Plaintiffs with the names, physical residential addresses, and email addresses of all limousine drivers employed by Defendants at anytime from June 19, 2006 to present.

4. Within 14 days of the Notice being approved, Defendants are to post the notice, for a period of 45 days, at Defendants' work place in a conspicuous location and email the notice to the limousine drivers.

5. Within 14 days of the Notice being approved, Plaintiffs' counsel shall cause the notice to be mailed to the last known address of putative class members.

6. If there are any Notices which are returned as undeliverable, Plaintiffs' counsel shall make reasonable efforts to obtain current addresses for such Notices and re-mail them within ten days of them being returned.

7. All consent forms should be filed with the Court within 90 days of the notice being approved by the Court.

**IT IS SO ORDERED** this 14th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge

|   |   |
|---|---|
| 1 |   |
| 2 | Approved as to form: |
| 3 |   |
| 4 | /s/ Sharon Preston |
| 5 | Sharon L. Preston, *Pro Hac Vice*<br>Sharon Preston, P.C. |
| 6 | Jesse S. Brar, *Pro Hac Vice*<br>670 East 3900 South, Suite 101 |
| 7 | Salt Lake City, Utah 84107 |
| 8 | *Attorney for Plaintiffs* |
| 9 |   |
| 10 |   |
| 11 | /s/ Norman Kirshman<br>Norman H. Kirshman, P.C. |
| 12 | 700 South Third Street<br>Las Vegas, NV 89101 |
| 13 | *Attorney for CLS Nevada, LLC<br>doing business as CLS* |
| 14 | *Transportation, Las Vegas* |
| 15 |   |
| 16 | /s/Mark Trafton |
| 17 | Mark E. Trafton, Esq.<br>1900 Industrial Road |
| 18 | Las Vegas, Nevada 89102<br>*Attorney for Presidential Limousine* |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |