Christopher F. Klink, Nevada Bar # 6022
2576 Sundew Ave.
Henderson, NV  89052
Telephone: (702) 217-8998
Facsimile:  (702) 260-9247
Email:  csklink@cox.net

Jesse S. Brar, Utah Bar # 9469
*Pro Hac Vice*
Law Office of Jesse Brar, P.C.
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Telephone: (801) 269-9541
Facsimile:  (801) 269-9581
Email: jesse.brar@gmail.com

Sharon L. Preston, Utah Bar #7960
*Pro Hac Vice*
Sharon Preston, P.C.
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Telephone: (801) 269-9541
Facsimile:  (801) 269-9581
Email: sharon.preston@yahoo.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Thomas Thatcher Schemkes, Brian McKenna, and James Hammond, Individually And On Behalf Of Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Presidential Limousine, a Nevada Company; and CLS Nevada, LLC; a Delaware Corporation, doing business as CLS Transportation, Las Vegas, <br><br> Defendants. | **Case No.: 2:09-CV-1100-GMN-PAL** <br><br> **ORDER AMENDING NOTICE OF COLLECTIVE ACTION UNDER FLSA** <br><br><br> Judge: Hon. Gloria M. Navarro <br> Magistrate: Hon. Peggy A. Leen |

Page - 1

1
2
3    Based on the Joint Motion of the parties, and good cause appearing therefore, IT
4 IS HEREBY ORDERED that the previously approved Notice of Collective Action under
5 FLSA (Docket No. 167) is amended to omit Defendant Presidential Limousine from the
6 Notice, and that the amended Notice submitted by the parties is approved and shall be put
7 into effect in accordance with the previously approved Order Regarding Notice Schedule.
8 (Docket No. 168).
9    **IT IS SO ORDERED** this 25th day of April, 2011.
10
11   _____
12   Gloria M. Navarro
13   United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25