Christopher F. Klink, Nevada Bar # 6022
2576 Sundew Ave.
Henderson, NV  89052
Telephone: (702) 217-8998
Facsimile:  (702) 260-9247
Email:  csklink@cox.net

Jesse S. Brar, Utah Bar # 9469
*Pro Hac Vice*
Law Office of Jesse Brar, P.C.
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Telephone: (801) 269-9541
Facsimile:  (801) 269-9581
Email:  jesse.brar@gmail.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Thatcher Schemkes, James Hammond Individually And On Behalf Of Others Similarly Situated, <br><br>  Plaintiffs, <br>  vs. <br> CLS Nevada, LLC; a Delaware Corporation, doing business as CLS Transportation, Las Vegas, <br>  Defendant. | Case No.: 2:09-CV-1100-GMN-PAL <br><br> **STIPULATION AND ORDER** |

## STIPULATION

IT IS STIPULATED AND AGREED between the parties, by the through their respective counsel, that the Settlement Conference, currently October 6, 2011, be continued until the next available date.  The reason for this request is that counsel for Plaintiffs has a previously scheduled hearing in the United States District Court, Salt Lake City, Utah.

DATED: September 15th, 2011.

/s/ Norman Kirshman
NORMAN KIRSHMAN
*Attorney for CLS Nevada, LLC*
Nevada Bar No. 2733
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702)699-5917
Fax: (702)369-5497

DATED: September 15th, 2011.

/s/ Sharon Preston

SHARON PRESTON, Pro Hac Vice
*Attorney for Plaintiffs*
Utah Bar No. 7960
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Telephone: (801)269-9541
Fax: (801)269-9581
sharon@prestonbrar.com

## ORDER

IT IS ORDERED that the settlement conference, currently scheduled for October 6, 2011, at 1:30 p.m., is VACATED and RESCHEDULED for November 2, 2011, at 1:30 p.m. The confidential settlement statements shall be submitted to chambers no later than 4:00 p.m. October 26, 2011.

Dated this 16th day of September, 2011.

_____
Peggy A. Leen
United States Magistrate Judge