1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                          **DISTRICT OF NEVADA**
6
7   THOMAS THATCHER SCHEMKES, *et al.,*          )
                                                 )
8                              Plaintiffs,       )     Case No. 2:09-cv-01100-GMN-PAL
                                                 )
9   vs.                                          )     **ORDER**
                                                 )
10  PRESIDENTIAL LIMOUSINE, *et al.,*            )
                                                 )
11                             Defendants.       )
    _____)
12
13          This matter is before the court on the parties' failure to file a Joint Pretrial Order as required by

14  LR 26-1(e)(5).  The most recent Order Extending Deadlines for Dispositive Motions (Dkt. #198)

15  entered July 19, 2011, extended the dispositive motions deadline to September 18, 2011.  The joint

16  pretrial order, required by LR 26-1(e)(5), should have been received no later than thirty days after the

17  date set for filing dispositive motions.  The date for filing dispositive motions has expired and there are

18  no dispositive motions pending.  To date, the parties have not complied.  Accordingly,

19          **IT IS ORDERED** that:

20          1.     Counsel for the parties shall file a joint pretrial order which fully complies with the

21                 requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., November 9, 2011.**

22                 Failure to timely comply will result in the imposition of sanctions up to and including a

23                 recommendation to the District Judge of case dispositive sanctions.

24          2.     The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be

25                 included in the pretrial order.

26          Dated this 26th day of October, 2011.

27                                                     _____
                                                       Peggy A. Leen
28                                                     United States Magistrate Judge