# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS THATCHER SCHEMKES, JAMES HAMMOND, individually and on behalf of others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>CLS NEVADA, LLC; a Delaware Corporation, doing business as CLS TRANSPORTATION, LAS VEGAS,<br><br>　　　　　　Defendant. | Case No.: 2:09-cv-1100-GMN-PAL<br><br>**ORDER** |

　　　Before the Court is Plaintiffs' Thomas Thatcher Schemkes, James Hammond, individually and on behalf of others similarly situated, and Defendant CLS Nevada, LLC *d/b/a* CLS Transportation, Las Vegas's Joint Motion for Approval of Settlement (ECF No. 218.) Having considered the pleadings and arguments on file herein and for the reasons stated by the parties, the Court hereby GRANTS the motion.  The proposed settlement is a fair and reasonable compromise of the bona fide dispute.  The Clerk of the Court will be directed to administratively close this case.  This Court shall retain jurisdiction over this case until the terms of the settlement are fully satisfied.  The parties may petition the Court at any time during the settlement period by filing a motion or notice in the closed case. The Court shall dismiss these actions with prejudice upon notice from the parties of the faithful completion of the payments described in the Settlement Agreement (ECF No. 219-1) and the Stipulated Judgment (ECF No. 218-1.)

　　　**IT IS HEREBY ORDERED** that the parties Joint Motion for Approval of Settlement (ECF No. 218) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall administratively close this case.

**DATED** this 18th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge