# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| THOMAS THATCHER SCHEMKES, JAMES HAMMOND individually and on behalf of others similarly situated, | ) ) ) ) | Case No.: 2:09-cv-01100-GMN-PAL |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| CLS NEVADA, LLC; a Delaware Corporation, d/b/a CLS TRANSPORTATION, LAS VEGAS, | ) ) ) ) | |
| Defendants. | ) ) ) | |

Pending before the Court is Motion for Judgment (ECF No. 222) filed by Plaintiff Thomas Thatcher Schemkes ("Plaintiff"). The deadline for Defendant CLS Nevada, LLC d/b/a CLS Transportation, Las Vegas ("Defendant") to file a Response in opposition was August 9, 2013. However, Defendant has failed to file any opposition.

## I.   BACKGROUND

This action originated in 2009 as an action "seeking unpaid minimum wage and interest thereon . . . under the Fair Labor Standards Act . . . ." (Compl. ¶ 1, ECF No. 1.) Eventually, the parties filed a Joint Motion for Approval of Settlement in May 2012, (ECF No. 218), which the Court approved (ECF No. 221). Thereafter, Defendant apparently ceased complying with the terms of the settlement agreement and, in July 2013, Plaintiff filed the instant Motion for Judgment, as authorized by the settlement agreement. (ECF No. 222; *see also* Joint Mot. Ex. A, at 4:1–8 , ECF No. 218-1.) Despite the passage of more than six months since Plaintiff filed this Motion, Defendant has failed to file a Response in opposition to Plaintiff's Motion.

## II.   DISCUSSION

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and

authorities in response to any motion shall constitute a consent to the granting of the motion." D. Nev. R. 7-2(d).  Thus, Defendant's failure to file an opposition to the instant motion constitutes a consent to the granting of the motion.

Furthermore, Plaintiff's Motion adequately states its basis for the requested relief. Specifically, Plaintiff states that:

1. Defendant has failed to comply with the Court's Settlement Order dated June 18, 2012;

2. Defendant has failed to make the required deposits into the Qualified Settlement Fund;

3. Defendant has failed to provide Plaintiffs' Counsel with proof of deposits as required by the Settlement Agreement; and

4. Despite many attempts by the Plaintiffs' counsel to contact the Defendant, the Defendant has failed to respond or attempt to comply with the Settlement Order.

## III.   **CONCLUSION**

**IT IS HEREBY ORDERED** that the Stipulated Judgment ("Judgment"), a copy of which is attached hereto as Exhibit 1, is hereby entered in this matter. It is further ordered, that the unpaid portion of the agreed upon settlement amount (as set forth in the Settlement Agreement), in the amount of $290,000, plus 10% per month interest for the period of non-compliance from August of 2012 until the date of full payment, shall be due immediately.

The clerk shall enter judgment accordingly.

**DATED** this __26__ day of February, 2014.

_____

Gloria M. Navarro, Chief Judge
United States District Judge

# Exhibit 1:
# Stipulated Judgment

**STIP**
Christopher F. Klink, Nevada Bar # 6022
2576 Sundew Ave.
Henderson, NV  89052
Telephone: (702) 217-8998
Facsimile: (702) 260-9247
Email:  csklink@cox.net

Sharon L. Preston, Utah Bar # 7960
*Pro Hac Vice*
Preston & Brar, LLC
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Telephone: (801) 269-9541
Facsimile: (801) 269-9581
Email:  sharon@prestonbrar.com

Jesse S. Brar, Utah Bar # 9469
*Pro Hac Vice*
Preston & Brar, LLC
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Telephone: (801) 269-9541
Facsimile: (801) 269-9581
Email:  jesse@prestonbrar.com

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Thatcher Schemkes, James Hammond Individually And On Behalf Of Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>          vs.<br><br>CLS Nevada, LLC; a Delaware Corporation, doing business as CLS Transportation, Las Vegas,<br><br>                              Defendant. | Case No.: 2:09-CV-1100-GMN-PAL<br><br>**STIPULATED JUDGMENT**<br><br><br><br>Judge: Hon. Gloria M. Navarro<br>Magistrate Judge: Hon. Peggy A. Leen |

## STIPULATED JUDGMENT

Page 1 of 4

A.     STATEMENT OF JUDGMENT

CLS NEVADA, LLC d/b/a CLS TRANSPORTATION LAS VEGAS, a Delaware limited liability company (hereinafter, "Defendant") hereby allow judgment in favor of Plaintiffs Thomas Thatcher Schemkes, James Hammond, individually and on behalf of others similarly situated (hereinafter "Plaintiffs") in the principal sum of Three Hundred Thousand Dollars ($300,000.00), and authorizes the entry of judgment against the Defendant in said sum.

This Stipulated Judgment is for alleged unpaid minimum wage and overtime payments under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, to Plaintiffs, and arises upon the following facts, to wit:

Defendant paid its Plaintiffs and other similarly situated limousine drivers on a commission basis.  Defendant hereby agrees to settle this case for a sum of Three Hundred Thousand Dollars ($300,000.00). Defendant does not admit the violation of any laws.

B.     AGREEMENT BETWEEN PARTIES TO PAYMENT OF THE JUDGMENT AMOUNT.

Notwithstanding anything contained in subsection A to the contrary, the parties hereto have agreed to fully compromise and settle this matter for the total payment of Three Hundred Thousand Dollars ($300,000.00), in monthly installments in the amount of Five Thousand Dollars ($5,000.00), commencing on June 1, 2012 and continuing on the first (1st) day of each month thereafter until the judgment balance is satisfied.

Within 30 days after Approval of the Settlement by the Court, the Defendant shall establish a Qualified Settlement Fund Account in a financial institution, agreed on by the Plaintiffs' and Defendant's Counsel, and thereafter perform all Trustee duties required for the operation of the Qualified Settlement Fund Account. Within 30 days of the Approval of the Settlement, CLS shall deposit the first installment of $5000.00 in that account, and shall

subsequently deposit $5000.00 each month until the total Settlement Amount of $300,000.00 is deposited.

Defendant shall be afforded a five (5) day grace period for each monthly payment.  In the event that any payment is more than five (5) days late, the entire outstanding balance of the judgment shall become immediately due and owing, and the Judgment may be filed with the Court.    Prior to filing the Judgment, there shall be at least five (5) days written notice of delinquency given to the Defendant and its counsel, as listed below:

Archie Granata, CFO
CLS Nevada, LLC
10115 S. Valley View Blvd.
Las Vegas, NV  89141

Gary G Branton
Branton Law Office
312 S. Jones Blvd.
Las Vegas, NV 89107
Tel: 702-395-0320
Fax: 702-395-1871
Email: gary@garybrantonlaw.com

Norman H. Kirshman
Norman H. Kirshman PC
700 South Third Street
Las Vegas, NV 89101
Tel:  (702) 382-5210
Fax: 702-366-0424
Email: kirshmanlaw@yahoo.com

The five (5) day grace period shall begin to toll the date after sending such Notice to Defendant and their current counsel.  In no event shall Defendant be deemed in default of this Agreement, with respect to failing to make any payments referenced herein, until the Defendants fails to make a payment within the five (5) day grace period.

Should the Defendant fail to make any payments as described herein, a default in this Agreement will have occurred.  Upon such a default which remains uncured after the five (5) day grace period, Plaintiffs will be free to file and record this Stipulated Judgment, which shall act as a Judgment against the Defendants in the amount of Three Hundred Thousand Dollars ($300,000.00), less any payments already made by the Defendant to the Plaintiffs, pursuant to this Agreement.  As an additional penalty, Defendant shall be responsible to pay ten percent (10%) interest per month upon the unpaid portion of the Stipulated Judgment, until the Stipulated Judgment is fully satisfied.

Upon faithful completion of the payments described herein, Plaintiffs shall return this Stipulated Judgment to the Defendant unfiled and unrecorded.

Dated: This 7th day of May, 2012.                    Dated: This 7th day of May, 2012.


/s/Norman Kirshman                                       /s/Archie Granata
NORMAN KIRSHMAN                                           ARCHIE GRANATA
*Attorney for CLS Nevada, LLC*                            *CFO, CLS Nevada, LLC*
Nevada Bar No. 2766                                       10115 S. Valley View Blvd.
700 South Third Street                                    Las Vegas, NV  89141
Las Vegas, NV 89101                                       Telephone: (702)699-5917
Tel: (702) 382-5210, Fax: (702) 366-0424                 Fax: (702)369-5497


/s/Sharon L. Preston
SHARON PRESTON, Pro Hac Vice
*Attorney for Plaintiffs*
Utah Bar No. 7960
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Telephone: (801)269-9541
Fax: (801)269-9581
sharon@prestonbrar.com