**STIP**
Christopher F. Klink, Nevada Bar # 6022
2576 Sundew Ave.
Henderson, NV 89052
Telephone: (702) 217-8998
Facsimile: (702) 260-9247
Email: csklink@cox.net

Sharon L. Preston, Utah Bar # 7960
*Pro Hac Vice*
Preston & Brar, LLC
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Telephone: (801) 269-9541
Facsimile: (801) 269-9581
Email: sharon@prestonbrar.com

Jesse S. Brar, Utah Bar # 9469
*Pro Hac Vice*
Preston & Brar, LLC
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Telephone: (801) 269-9541
Facsimile: (801) 269-9581
Email: jesse@prestonbrar.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Thatcher Schemkes, James Hammond Individually And On Behalf Of Others Similarly Situated, <br><br> Plaintiffs, <br> vs. <br> CLS Nevada, LLC; a Delaware Corporation, doing business as CLS Transportation, Las Vegas, <br> Defendant. | Case No.: 2:09-CV-1100-GMN-PAL <br><br> **STIPULATED JUDGMENT** <br><br><br><br> Judge: Hon. Gloria M. Navarro <br> Magistrate Judge: Hon. Peggy A. Leen |

## STIPULATED JUDGMENT

A.  STATEMENT OF JUDGMENT

CLS NEVADA, LLC d/b/a CLS TRANSPORTATION LAS VEGAS, a Delaware limited liability company (hereinafter, "Defendant") hereby allow judgment in favor of Plaintiffs Thomas Thatcher Schemkes, James Hammond, individually and on behalf of others similarly situated (hereinafter "Plaintiffs") in the principal sum of Three Hundred Thousand Dollars ($300,000.00), and authorizes the entry of judgment against the Defendant in said sum.

This Stipulated Judgment is for alleged unpaid minimum wage and overtime payments under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, to Plaintiffs, and arises upon the following facts, to wit:

Defendant paid its Plaintiffs and other similarly situated limousine drivers on a commission basis. Defendant hereby agrees to settle this case for a sum of Three Hundred Thousand Dollars ($300,000.00). Defendant does not admit the violation of any laws.

B.  AGREEMENT BETWEEN PARTIES TO PAYMENT OF THE JUDGMENT AMOUNT.

Notwithstanding anything contained in subsection A to the contrary, the parties hereto have agreed to fully compromise and settle this matter for the total payment of Three Hundred Thousand Dollars ($300,000.00), in monthly installments in the amount of Five Thousand Dollars ($5,000.00), commencing on June 1, 2012 and continuing on the first (1st) day of each month thereafter until the judgment balance is satisfied.

Within 30 days after Approval of the Settlement by the Court, the Defendant shall establish a Qualified Settlement Fund Account in a financial institution, agreed on by the Plaintiffs' and Defendant's Counsel, and thereafter perform all Trustee duties required for the operation of the Qualified Settlement Fund Account. Within 30 days of the Approval of the Settlement, CLS shall deposit the first installment of $5000.00 in that account, and shall

1  subsequently deposit $5000.00 each month until the total Settlement Amount of $300,000.00 is
2  deposited.
3        Defendant shall be afforded a five (5) day grace period for each monthly payment. In the
4  event that any payment is more than five (5) days late, the entire outstanding balance of the
5  judgment shall become immediately due and owing, and the Judgment may be filed with the
6  Court. Prior to filing the Judgment, there shall be at least five (5) days written notice of
7  delinquency given to the Defendant and its counsel, as listed below:

      Archie Granata, CFO
      CLS Nevada, LLC
      10115 S. Valley View Blvd.
      Las Vegas, NV 89141

      Gary G Branton
      Branton Law Office
      312 S. Jones Blvd.
      Las Vegas, NV 89107
      Tel: 702-395-0320
      Fax: 702-395-1871
      Email: gary@garybrantonlaw.com

      Norman H. Kirshman
      Norman H. Kirshman PC
      700 South Third Street
      Las Vegas, NV 89101
      Tel: (702) 382-5210
      Fax: 702-366-0424
      Email: kirshmanlaw@yahoo.com

21       The five (5) day grace period shall begin to toll the date after sending such Notice to
22 Defendant and their current counsel. In no event shall Defendant be deemed in default of this
23 Agreement, with respect to failing to make any payments referenced herein, until the Defendants
24 fails to make a payment within the five (5) day grace period.
25

Should the Defendant fail to make any payments as described herein, a default in this Agreement will have occurred. Upon such a default which remains uncured after the five (5) day grace period, Plaintiffs will be free to file and record this Stipulated Judgment, which shall act as a Judgment against the Defendants in the amount of Three Hundred Thousand Dollars ($300,000.00), less any payments already made by the Defendant to the Plaintiffs, pursuant to this Agreement. As an additional penalty, Defendant shall be responsible to pay ten percent (10%) interest per month upon the unpaid portion of the Stipulated Judgment, until the Stipulated Judgment is fully satisfied.

Upon faithful completion of the payments described herein, Plaintiffs shall return this Stipulated Judgment to the Defendant unfiled and unrecorded.

Dated: This 7th day of May, 2012.                    Dated: This 7th day of May, 2012.

/s/Norman Kirshman                                         /s/Archie Granata
NORMAN KIRSHMAN                                            ARCHIE GRANATA
*Attorney for CLS Nevada, LLC*                             *CFO, CLS Nevada, LLC*
Nevada Bar No. 2766                                        10115 S. Valley View Blvd.
700 South Third Street                                     Las Vegas, NV 89141
Las Vegas, NV 89101                                        Telephone: (702)699-5917
Tel: (702) 382-5210, Fax: (702) 366-0424                   Fax: (702)369-5497


/s/Sharon L. Preston
SHARON PRESTON, Pro Hac Vice
*Attorney for Plaintiffs*
Utah Bar No. 7960
670 East 3900 South, Suite 101
Salt Lake City, UT 84107
Telephone: (801)269-9541
Fax: (801)269-9581
sharon@prestonbrar.com